UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-06308-CR-DIMITROULEAS

46 USC App. § 1903(a)
46 USC App. § 1903(g)
46 USC App. § 1903(j)
46 USC App. § 1904

MAGISTRATE JUDGE
SNOW

UNITED STATES OF AMERICA )
)
v. )
)
LUIS NAVIA, )
a/k/a "Julio Navoa." )
_____)

FILED by
CLARENCE M
CLERK U.S.
S.D. OF FL-
00 OCT 23 PM 3:27

## INFORMATION

The Chief of the Narcotic and Dangerous Drug Section, Criminal Division, United States Department of Justice, charges that:

### COUNT I

Beginning in or about November, 1999 and continuing thereafter until on or about August 17, 2000, the exact dates being unknown, the defendant,

**LUIS NAVIA,**
**a/k/a "Julio Navoa,"**

did knowingly and intentionally combine, conspire, confederate and agree with other persons known and unknown, to possess with intent to distribute a Schedule II controlled substance, that is, 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine that members of the conspiracy attempted to load or have loaded on board the M/V SUERTE I, a vessel subject to the jurisdiction of the United States, with Fort Lauderdale, Broward County, in the Southern District of Florida being the defendant's point of initial entry into the United States, in

violation of Title 46, United States Code Appendix, Section 1903(a); all in violation of Title 46, United States Code Appendix, Sections 1903(g) and 1903(j); and Title 21, United States Code, Section 960(b)(1)(B)(ii).

## FORFEITURE - 46 USC App. §1904

Upon conviction of the criminal violation alleged in Count I of this Information, said offenses being punishable by imprisonment for more than one year, the defendant,

### LUIS NAVIA,
### a/k/a "Julio Navoa,"

shall forfeit to the United States, pursuant to Title 46, United States Code, Section 1904, any and all respective right, title or interest which said defendant may have in any property described in Title 21, United States Code, Section 881(a) that is used or intended for use to commit, or to facilitate the commission of, the knowing or intentional manufacture, distribution, or possession with intent to manufacture or distribute, a controlled substance, including but not limited to the following:

(A)    The motor vessel SUERTE I, formerly known as the M/V AKTIS, having Vessel Identification Number 7603083, net tons 7546, and its tackles, stores, equipment and appurtenances, currently located in the Southern District of Texas.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

- (a)    cannot be located upon the exercise of due diligence;
- (b)    has been transferred or sold to, or deposited with, a third party;
- (c)    has been placed beyond the jurisdiction of the Court;
- (d)    has been substantially diminished in value; or

2

(e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendants up to the value of the above-described forfeitable property.

All pursuant to Title 46, United States Code Appendix, Section 1904.

JOHN ROTH, CHIEF
Narcotic and Dangerous Drug Section
Criminal Division
United States Department of Justice
1400 New York Avenue, NW; Suite 11100
Washington, DC 20530
(202) 514-0917

STEVEN N. SIEGEL, TRIAL ATTORNEY
Narcotic and Dangerous Drug Section
Criminal Division
United States Department of Justice

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

LUIS NAVIA a/k/a "Julio Navoa"

00-6308-CR-DIMITROULEAS
MAGISTRATE JUDGE
SNOW

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division:** (Select One)

[X] Miami  ___ Key West
[X] FTL   ___ WPB  ___ FTP

New Defendant(s)           Yes ___  No ___
Number of New Defendants   ___
Total number of counts     ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:  (Yes or No) NO
   List language and/or dialect ____English____

4. This case will take  5  days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                              (Check only one)

   I    0 to 5 days          X____     Petty       ____
   II   6 to 10 days         ____      Minor       ____
   III  11 to 20 days        ____      Misdem.     ____
   IV   21 to 60 days        ____      Felony      X____
   V    61 days and over     ____

6. Has this case been previously filed in this District Court? (Yes or No)  NO
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?  (Yes or No) No
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____  District of _____

   Is this a potential death penalty case? (Yes or No)  NO

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes  X  No    If yes, was it pending in the Central Region? ___ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami?  X  Yes ___ No

_____              _____
RYON MCCABE                            STEVEN N. SIEGEL, TRIAL ATTORNEY
Assistant U.S. Attorney                SDFL Special Bar No. A5500478
Florida Bar No. 0069075                Narcotic and Dangerous Drug Section
                                       United States Department of Justice
                                       1400 New York Avenue; NW; Suite 11100
                                       Washington, DC 20530

*Penalty Sheet(s) attached                                          REV.6/27/00

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PENALTY SHEET

00-6308 CR-DIMITROULEAS

MAGISTRATE JUDGE
SNOW

Defendant's Name:

Count #: I
Conspiracy to Possess With Intent to Distribute Five kilograms or more of cocaine on board a vessel subject to the jurisdiction of the United States, Title 46, U.S.C. App. Sections 1903 (a), 1903(g) and 1903(j)

*Max.     Life

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

REV. 12/12/96