AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

SOUTHERN **DISTRICT OF** FLORIDA

UNITED STATES OF AMERICA

v.

LUIS NAVIA,
a/k/a "Julio Navoa"

**WAIVER OF INDICTMENT**

CASE NUMBER: 00-06308

CR-DIMITROULEA[S]

MAGISTRATE JUDGE SNOW

FILED BY MAG.
OCT 25 2000
S.D. OF FLA. MIAMI

I, LUIS NAVIA, the above named defendant, who is accused of conspiracy to possess with intent to distribute five kilograms or more of cocaine on board a vessel subject to the jurisdiction of the United States, Title 46, U.S.C. App. Sections 1903(a), 1903(g) and 1903(j).

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on

10-25-00 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.
*Date*

LUIS NAVIA
*Defendant*

Counsel for Defendant

Before _____
*Judicial Officer*

This form was electronically produced by Elite Federal Forms, Inc.