

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6308-CR-Dimitrouleas

UNITED STATES OF AMERICA,

**ARRAIGNMENT INFORMATION SHEET**

vs.

LUIS Navia AKA
Lho NAVOA      Defendant.

Jail No : 66214-004
Language: English

The above-named Defendant appeared before **Magistrate Judge Bandstra**. The Defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case**. The following information is current as of this date:

Defendant:          Address:_____

                    _____

                    Tel. No:_____

Defense Counsel:    Name    : Ruben Oliva
                    Address: 2250 SW 3 Avenue
                             Miami FL 33129
                    Tel. No: 305 856 6868

Bond Set/Continued:  $ Pretrial Detention (Stipulated)

Dated this 25 day of October, 2000.

CLARENCE MADDOX, CLERK

BY____Patty Fitzpatrick_____

Deputy Clerk

c: U.S. Attorney
   Defense Counsel
   Pretrial Services

TAPE NO. 00B- 73-1069
DIGITAL START NO._____

