UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. OO —6308-CR- Dimitrimuleas

UNITED STATES OF AMERICA,

vs.

Luis Navica
AKA Julic Navca



FILED by ___ D.C.
MAG.
OCt 25 2000

S.D. OF FLA.    MIAMI

ORDER

This cause came before the Court and pursuant to proceedings

held, it is thereupon

**ORDERED AND ADJUDGED** as follows: Stipulated to
Pretrial detention at This Time,
No hearing held

**DONE AND ORDERED** at Miami, Florida this _____25_____ day of

October, 2000_____ .

TAPE NO:00B- 73-1069

_____
**UNITED STATES MAGISTRATE JUDGE**
TED E. BANDSTRA

c:

