kdntcattyapr.

FILED
MAG

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00 - 6308 - CR - Dimitrouleas

S.D. OF FLA. MIAMI

UNITED STATES OF AMERICA,

v.

NOTICE OF PERMANENT
APPEARANCE AS COUNSEL
OF RECORD

LUIS NAVIA

    COMES NOW ___Ruben Oliva___, and files this appearance as counsel for the above named defendant(s). Counsel agrees to represent the defendant(s) for all proceedings arising out of the transaction with which the defendant(s) is/are presently charged in the United States District Court in and for the Southern District of Florida.

    Counsel hereby states that this appearance is unconditional and in conformity with the requirements of Local General Rule 11.1(D) and Rule 4 of the Special Rules Governing the Admission and Practice of Attorneys.

    Counsel acknowledges responsibility to advise the defendant(s) of the right of appeal, to file a timely notice of appeal if requested to do so by the defendant(s), and to pursue that appeal unless relieved by Court Order.

    **FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.**

DATED: 10/25/00

Attorney  Ruben Oliva
Address   2250 SW 3rd Ave.
City  MIAMI   State  FL   Zip Code  33129
Telephone  (305) 816-6860

    The undersigned defendant(s) hereby consent(s) to the representation of the above counsel.

_____

_____

_____

