UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6308-CR-KING

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

LUIS NAVIA,

    Defendant.
_____/



FILED by ___ D.C.
NOV 08 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER SETTING TRIAL DATE

    The above-styled case is hereby set for trial at the United States Courthouse, 301 Simonton Street, Key West, Florida, for the trial period commencing December 4, 2000.

    In order to make sure that cases set on this calendar are completely ready for trial and that all matters which might be a cause of delay of the trial such as pending motions, scheduling of out-of-town witnesses, request for continuances, etc., have been ruled upon, the court hereby schedules a calendar call for November 27, 2000, at 2:00 p.m., at the James Lawrence King Federal Justice Building, 99 N.E. 4th Street, Eleventh Floor, Courtroom #2, Miami, Florida. **Defendants on bond will be required to be present with their counsel at this calendar call.**  Should the defendant wish to enter a plea of guilty and not proceed to trial, this matter will

be heard at the calendar call. Both counsel and defendant shall be prepared to go forward with a change of plea hearing at that time.

Under existing policies and agreements between the state and federal courts of Florida, the judge who enters the first written order scheduling a case for trial on a date set, has priority over the services of the attorney so scheduled for the date set. See Krasnow v. Navarro, 909 F.2d 451 (11th Cir. 1990).

It shall be the duty of the attorneys herein set to ensure that no other judge schedules them for a trial that impacts upon or conflicts with the date set forth above. If any counsel receives a written notice of a trial from another judge, in either state or federal court, that in any way conflicts with this trial schedule setting, it is the obligation of that attorney to notify that judge immediately so that the judge may reschedule his or her calendar, thus leaving counsel conflict scheduling free for this case.

DONE AND ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 8th day of November 2000.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:
Ryon McCabe, AUSA
Steven N, Siegel, AUSA
Eric Snyder, AUSA
Ruben Oliva, Esq.