UNITED STATES DISTRICT COURT
SOUTHERN DIVISION

UNITED STATES OF AMERICA,   CASE NO. 00-06308-CR-DIMITROULEAS *KING*

        Plaintiff,

vs.

LUIS NAVIA,

        Defendant.
_____/

REC'D by ____ D.C.
NOV 0 9 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

FILED by ____ D.C.
NOV 07 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER OF TRANSFER AND CONSOLIDATE
## THIS ACTION TO A LOWER CASE

GOOD CAUSE appearing therefor pursuant to Local rule 3.9.C and subject to consent hereinbelow, it is

ORDERED that the above-numbered cause be and the same is hereby transferred to the calendar of the Honorable Judge James Lawrence King for all further proceedings.

DATED in chambers, at ~~Miami~~ Ft. Lauderdale, Florida, this 30 day of October, 2000.

_____
THE HONORABLE WILLIAM DIMITROULEAS
UNITED STATES DISTRICT JUDGE

After reviewing the court file in the above-numbered cause, the undersigned hereby accepts the transfer of said cause. Therefore, it is

ORDERED that all pleadings hereinafter filed shall bear the following case number, Case No. 95-10007-CR-KING thereby indicating the Judge to whom all pleadings should be routed or otherwise brought for attention.

THE FOREGOING transfer is herewith accepted this 17 day of Nov, 2000.

_____
THE HONORABLE JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc: Eric Snyder, A.U.S.A.
    Steven Siegel, A.U.S.A.
    Ruben Oliva, Esq.
    LUCY LARA, CJA ADMINISTRATOR