FILED by _____ D.C.

NOV 3 0 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**UNITED STATES OF AMERICA**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 00-6308-CR-King

UNITED STATES OF AMERICA

vs.

Luis Navia

**MINUTES - CHANGE OF PLEA**

On 11/30/00 the above-named defendant appeared in person before the Honorable James Lawrence King, U.S. District Judge, with counsel for defendant Ruben Oliva.

Said defendant stated in open court that he/she desired to withdraw the plea of not guilty heretofore entered and desired to enter a plea of guilty to count(s) One.

After the defendant was duly sworn, the court made inquiry as to guilt. The court, being satisfied there was a factual basis for the plea, accepted the plea of guilty and found the defendant guilty as charged. Whereupon:

( ) The defendant waived the preparation of a pre-sentence report and agreed to go forward with sentence at this time. The court proceeded to pronounce sentence.

(X) The court set the sentencing hearing for: 2/26/01 at 1:30 am/pm

( ) The defendant is allowed to remain on present bond

(X) The defendant is remanded to the custody of the U.S. Marshal

( ) Count(s) _____ to be dismissed at the time of sentencing

Courtroom Deputy: Vicki Kramerman
Court Reporter: Robin Carbonello
AUSA: Eric Snyder