UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

Luis Navas

CASE NO. 00-6308-CR-King

NOTICE OF SENTENCING DATE

*FILED by VV D.C.*
*NOV 30 2000*
*CLARENCE MADDOX*
*CLERK U.S. DIST. CT.*
*S.D. OF FLA. - MIAMI*

TO: DEFENDANT, DEFENSE COUNSEL, AND U.S. ATTORNEY'S OFFICE

By direction of the Honorable **JAMES LAWRENCE KING**, United States District Judge, YOU ARE HEREBY ORDERED to appear in the United States District Court for the Southern District of Florida on Feb 26, 2001, at 1:30 PM. for imposition of sentence. On that date, report to the Federal Justice Building, Courtroom, #2, Eleventh Floor 99 N.E. 4th Street, Miami, FL 33132, where sentence will be imposed. You will receive no further notice.

If the above-named defendant has executed a bond with this Court, let this notice advise the defendant that failure to appear as directed herein could result in his/her being charged with a violation of the Comprehensive Crime Control Act (18 U.S.C. Sec. 3146), which carries a maximum sentence of up to ten (10) years imprisonment and a fine of $25,000, or both, if convicted.

IT IS FURTHER ORDERED that a Presentence Investigation and Report to this Court will be completed. DEFENSE COUNSEL ARE TO REPORT THIS DATE TO THE UNITED STATES PROBATION OFFICE OF THE COURT FOR INTERVIEW AND FURTHER INSTRUCTION TO ROOM 315 OF THE OLD COURTHOUSE. IF ON BOND, THE DEFENDANT SHALL REPORT TO THE PROBATION OFFICE ALSO.

IT IS FURTHER ORDERED that the U.S. Attorney's Office immediately provide the U.S. Probation Department the necessary information to prepare the Prosecution of the Presentence Report.

Carlos Juenke, Clerk of Court

By: Vicki Kramerman
Courtroom Deputy Clerk
305-523-5105

DATE: 11/30/00
COUNSEL: Ruben Oliva

RECEIVED: _____
(Defendant)

| | | | |
|---|---|---|---|
| GUILTY PLEA ✓ | BOND ☐ | TO COUNT(S) One | |
| TRIAL ☐ | FEDERAL CUSTODY ✓ | OF TOTAL COUNTS ___ | |
| NOLO PLEA ☐ | STATE CUSTODY ☐ | ASST. U.S. ATTY Eric Snyder | |
| | U.S.M. CUSTODY | | |

Copies to:   United States Attorney        United States Marshal
             Probation Department          Pre-Trial Services
             Defense Counsel               Defendant