UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF FLORIDA
MINUTES - SENTENCING

Case No. 00-6308-CR-King  Date: 7/16/01  Judge James Lawrence King
Defendant: Luis Navia  Defense counsel: Ruben Oliva
AUSA: Ryan McCabe

## JUDGMENT AND SENTENCE

| Count | YEARS | MONTHS | DAYS | TIME SERVED |
|---|---|---|---|---|
| One | | 108 | | |

( ) Defendant given credit for time served
( ) CONCURRENT ( ) CONSECUTIVE
(X) Assessment $ 100.00
( ) Fine: ( ) none imposed  $ _____
( ) The court orders restitution in the amount of $ _____
( ) Count(s) _____ dismissed

(X) SUPERVISED RELEASE
( ) PROBATION

Count One  YEARS 4

( ) If deported, the defendant shall not re-enter the U.S. without permission of Attorney General
( ) Home confinement for a period of _____
( ) CONCURRENT ( ) CONSECUTIVE

## CUSTODY
(X) The defendant remanded to custody of the U.S. Marshal
( ) Defendant released on bond pending appeal
( ) The defendant shall surrender for service of sentence on: _____
(X) The court recommends: FCI Miami or Coleman
(X) The court recommends participation in a BOP drug/alcohol treatment program during term of incarceration.

Courtroom Deputy: Vicki Kramerman
Court Reporter: Robin Dispenzieri

FILED by ___ D.C.
JUL 19 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI