UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6308-CR-KING

UNITED STATES OF AMERICA,

    *Plaintiff,*

vs.

LUIS NAVIA,

    *Defendant.*

_____/

## NOTICE OF UNAVAILABILITY AND MOTION TO AVOID SCHEDULING CONFLICT

The undersigned counsel for the above captioned Defendant hereby gives notice to the Court, co-counsel, and the Government that he will be out of the office on a family vacation from December 13th, 2003 through January 3rd, 2004. The Defendant, by and through his undersigned counsel, therefore moves that no significant hearings or deadlines be scheduled during this time.

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing motion has been furnished to: Patrick Sullivan, Esquire, Assistant United States Attorney, 99 N.E. 4th St., Miami, FL 33132 by United States Mail, this 1 day of December, 2003.



Respectfully submitted,

**ROJAS & OLIVA, P.A.**
**Attorneys for the Defendant**
Brickell Bayview Center, Suite 1900
80 S.W. 8th Street
Miami, Florida 33130
Tel.:       305.373.6868
**Fax.:**    305.373.6768
E-Mail:    ruben.oliva@rojasoliva.com

By: _____
     RUBEN OLIVA, Esq.