UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6308-Cr-King
CASE NO. 95-10007-Cr-King



UNITED STATES OF AMERICA,

   *Plaintiff,*

vs.

LUIS NAVIA,

   *Defendant.*
_____/

## UNOPPOSED MOTION TO UNSEAL HEARING AND RECORD

COMES NOW the Defendant, LUIS NAVIA, by and through his undersigned counsel and moves this Honorable Court to unseal the hearing and record of the Defendant's sentencing and would state as follows:

1.   The Defendant was sentenced on July 6th, 2001 by this Honorable Court and sentenced to one hundred and eight (108) months of imprisonment. As a result of discussions regarding the Defendant's substantial assistance to the Government the hearing and the transcript thereof were sealed by the Court.

2.  The parties wish to unseal said hearing and obtain a copy of the transcript of the sentencing. There no longer exists any need to maintain the hearing and records sealed.

3.  Accordingly, the parties would respectfully request that the minutes of the sentencing be unsealed.

4.  Undersigned counsel has discussed the instant motion with Assistant United States Attorney Sarah Weyler who has indicated that she does not oppose the instant motion. In fact, this motion has been filed at her request.

W H E R E F O R E, the Defendant, LUIS NAVIA, by and through his undersigned counsel, would respectfully move for an order unsealing the above sentencing hearing transcripts.

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing motion has been furnished to: Sarah Weyler, Esquire, Assistant United States Attorney, P.O. Box 27312, Central Station, Washington, DC 20038 by United States Mail, this 5 day of October, 2004.

Respectfully submitted,

**ROJAS & OLIVA, P.A.**
**Attorneys for the Defendant**
**80 S.W. 8th Street**
**Suite 1900**
**Miami, Florida  33130**
**Tel.:**       305.373.6868
**Fax.:**       305.373.6768
**E-Mail:**    oliva@rovlaw.com

By: _____
    RUBEN OLIVA, Esq.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6308-CR-KING
CASE NO. 95-10007-CR-KING

UNITED STATES OF AMERICA,

    *Plaintiff,*

vs.

LUIS NAVIA,

    *Defendant.*
_____/

## ORDER GRANTING MOTION TO UNSEAL
## SENTENCING HEARING DATED JULY 6, 2001

THIS CAUSE came before the Court upon the Motion of the Defendant to Unseal the Sentencing Hearing dated July 6, 2001.

ORDERED AND ADJUDGED that the Motion to Unseal the Sentencing Hearing dated July 6, 2001 is hereby GRANTED.

DONE AND ORDERED in Miami Dade County, Florida this _____ day of October, 2004.

                        THE HONORABLE JAMES LAWRENCE KING
                        UNITED STATES DISTRICT JUDGE
                        SOUTHERN DISTRICT OF FLORIDA

cc:    Ruben Oliva, Esq.
       Sarah Weyler, A.U.S.A.