UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6308-CR-KING
CASE NO. 95-10007-CR-KING

**UNITED STATES OF AMERICA,**

*Plaintiff,*

vs.

**LUIS NAVIA,**

*Defendant.*

FILED by SD D.C.

OCT 08 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER GRANTING MOTION TO UNSEAL SENTENCING HEARING DATED JULY 6, 2001

THIS CAUSE came before the Court upon the Motion of the Defendant to Unseal the Sentencing Hearing dated July 6, 2001.

ORDERED AND ADJUDGED that the Motion to Unseal the Sentencing Hearing dated July 6, 2001 is hereby GRANTED.

DONE AND ORDERED in Miami Dade County, Florida this ____ day of October, 2004.

THE HONORABLE JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:   Ruben Oliva, Esq.
      Sarah Weyler, A.U.S.A.