N.006 UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-06308-CR-KING

UNITED STATES OF AMERICA )
)
vs. )
)
LUIS NAVIA )
_____)

ORDER GRANTING GOVERNMENT'S MOTION TO
TERMINATE DEFENDANT'S SUPERVISED RELEASE

This Matter comes before the Court on the government's motion to Modify and to Terminate Defendant's Supervised Release, filed on April 29, 2008. After careful review of the record and being fully advised in the premises thereof, it is

ORDERED, ADJUDGED and DECREED that the motion be and the same is hereby GRANTED. The Supervised Release in the above-styled case is hereby TERMINATED.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, dated this _____ day of April, 2008.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc:   US Probation Officer Lisa Acosta